Form gendefntc(gendefnt)

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

*In Re:* Golden Properties, Ltd., an Iowa corporation   *Case No.:* 04−85452
*Debtor*

*Chapter:* 7

## *DEFICIENCY NOTICE*

### *Notice is hereby provided:*

We have received an Application for Payment of Unclaimed Funds filed by Lucas Greenwalt, successor in interest to Tecumseh Property Management, c/o Dilks & Knopik, LLC.

Your Application is deficient for the following reason: failure to submit an original completed form W−9 with your Application.

Please submit the required document to the Court at the above address. No action will be taken on your Application until we receive the completed W−9.

Please visit our website for further information on unclaimed fund procedures and for a copy of the W−9 form.

http://www.ilcb.uscourts.gov/application−payment−unclaimed−funds−or−small−dividend−procedure

*ANY ITEMS REQUESTED ON THIS FORM MUST BE FILED ON OR BEFORE 07/29/2015*

*Dated:* 7/15/15

Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.